**Appeal Reinstated; Motion Granted; Appeal Dismissed; and Memorandum Opinion filed January 29, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00731-CV

---

## SURVEYING AND MAPPING, LLC, Appellant

### V.

## LE BLANC FARMS JOINT VENTURE, Appellee

---

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 16-DCV-237403**

---

## M E M O R A N D U M    O P I N I O N

This is an interlocutory appeal from an order signed August 1, 2018. On October 30, 2018, the court granted the parties' joint motion to abate the appeal to engage in settlement discussions.

On January 22, 2019, the parties filed a joint motion to dismiss the appeal because the parties have settled. *See* Tex. R. App. P. 42.1. The appeal is reinstated, the joint motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot